LAURENCE ELIOT BUNKER *vs.* BOARD OF APPEAL OF WELLESLEY & others. March 26, 1976. This is an appeal under G. L. c. 40A, § 21 (as in effect prior to St. 1975, c. 808, § 3), from a decision of the board of appeal of the town of Wellesley which sustained the action of the building inspector of that town in issuing a building permit. A judge of the Superior Court voluntarily made "findings, rulings and order for decree," which he adopted as his report of material facts. A final decree was entered pursuant to that order on May 15, 1974, which in effect affirmed the board of appeal. The plaintiff has appealed from that decree. The decree was properly entered for the reasons stated by the judge in his findings and rulings.

*Decree affirmed.*

*Neil J. Roche* for the plaintiff.

*John M. Mullen* for the Board of Appeal of Wellesley & another.

*Edward O. Proctor, Jr.,* for G. Arnold Haynes & Henry L. Neilsen.

WALTER C. GUEST'S CASE. March 29, 1976. The employee does not contend that the finding of the reviewing board (which adopted the decision of the single member) that the employee's disability was not caused by a new injury, but resulted exclusively from the original injury, is not supported by the evidence before the board. The record does not demonstrate abuse of discretion in the denials by the board and by the Superior Court of the employee's motions for recommittal and rehearing of the case in order that further evidence might be taken on that issue. *Devine's Case,* 236 Mass. 588, 595 (1921), and cases cited. *Lopes's Case,* 277 Mass. 581, 586 (1931).

*Decree affirmed.*

*Alan R. Finer* for the employee.

*Joseph K. Kelley* for the insurer.